No. 76–6201. JUREK *v.* ESTELLE, CORRECTIONS DIRECTOR, ET AL. Ct. Crim. App. Tex. Without intimating any views on the merits of the questions presented to the United States District Court for the Southern District of Texas in petitioner's pending application for a writ of habeas corpus, the petition for a writ of certiorari is denied. The stay entered on January 17, 1977 [429 U. S. 1057], shall remain in effect until April 4, 1977. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate the judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia,* 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.,* at 231 (MARSHALL, J., dissenting).

No. 76–5463. SZYMANSKI *v.* MICHIGAN, 429 U. S. 1075; and

No. 76–6037. REED *v.* DEL CHEMICAL CORP., 429 U. S. 1110. Petitions for rehearing denied.

No. 76–5679. WHITE *v.* ELECTION LAWS OF THE STATE OF COLORADO, 429 U. S. 1076. Motion for leave to file petition for rehearing denied.

MARCH 29, 1977

No. 76–6309. BARRAGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

MARCH 30, 1977

No. 76–1037. RITE AID CORP. ET AL. *v.* BOARD OF PHARMACY OF NEW JERSEY ET AL. Appeal from D. C. N. J. dismissed under this Court's Rule 60.